UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PARK NATIONAL BANK, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:08CV350 CDP |
| KEP-CO, INC., et al., | ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** that the Non-Jury Trial setting of March 3, 2009 is vacated and all pending motions are denied without prejudice.

**IT IS FURTHER ORDERED** that counsel shall file, within thirty (30) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 14th day of August, 2008.